IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELL MORROW,

    Petitioner,

v.

GARY SWARTHOUT,

    Respondent.

No. C 11-04809 CW (PR)

ORDER OF DISMISSAL

On September 28, 2011, Petitioner, a state prisoner incarcerated at California State Prison — Solano, filed the present pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.

On the same day the action was filed the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward because he had not paid the filing fee or filed a completed prisoner's in forma pauperis (IFP) application. The Clerk sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed since the Clerk sent the above notice to Petitioner, and Petitioner has not paid the filing fee, filed an IFP application or otherwise communicated with the Court. Accordingly, this action is DISMISSED without prejudice for failure to comply with the Court's Order.

The Clerk shall enter judgment in accordance with this Order and close the file.

IT IS SO ORDERED.

Dated: 11/3/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORNELL MORROW,

        Plaintiff,

  v.

// et al,

        Defendant.

Case Number: CV11-04809 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornell Morrow G53093
Bldg. 1-243 up
CSP-Solano
P.O. Box 4000
2100 Peabody
Vacaville, CA 95696-4000

Dated: November 3, 2011

                                  Richard W. Wieking, Clerk
                                  By: Nikki Riley, Deputy Clerk

2