IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELL MORROW,

    Petitioner,

  v.

GARY SWARTHOUT,

    Respondent.
                             /

No. C 11-04809 CW (PR)

JUDGMENT

    The Court has dismissed this action without prejudice because Petitioner failed to comply with the Court's Order to complete the <u>in forma pauperis</u> application or pay the filing fee.  A judgment of dismissal without prejudice is entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/3/2011

                                      CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORNELL MORROW,

        Plaintiff,

  v.

// et al,

        Defendant.
_____/

Case Number: CV11-04809 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cornell Morrow G53093
Bldg. 1-243 up
CSP-Solano
P.O. Box 4000
2100 Peabody
Vacaville, CA 95696-4000

Dated: November 3, 2011

                                          Richard W. Wieking, Clerk
                                          By: Nikki Riley, Deputy Clerk